UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HEIDI K. WERBIN,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 13-5863 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 21) recommending that this case be remanded, based on the stipulation of the parties (Dkt. 20). It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and Judge Strombom.

DATED this 10th day of April, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION